UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAVNIL KUMAR,

           Plaintiff,

     v.

COUNTY OF SANTA CLARA, et al.,

           Defendants.

Case No. 26-cv-01696-NC

**ORDER SCREENING SECOND AMENDED COMPLAINT (SAC)**

Re: ECF 11

Self-represented Plaintiff Ravnil Kumar filed a civil lawsuit against Defendants County of Santa Clara, HomeFirst Services of Santa Clara County, and Here4You on February 27, 2026. ECF 1. The Court has granted Plaintiff leave to amend two times after finding his initial complaint and first amended complaint deficient. ECF 5; ECF 7. Plaintiff timely filed his Second Amended Complaint (SAC) against Defendants. ECF 11. The Court now screens Plaintiff's SAC.

As before, in its review, the Court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000) (en banc). Pro se pleadings, however, must be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

Upon reviewing the SAC, the Court determines that there is at least one cognizable claim on the face of the SAC and thus FINDS that it satisfies the § 1915 screening requirements.  In making this preliminary determination, the Court does not preclude Defendants from challenging the causes of actions, raising defenses, or otherwise moving to dismiss the SAC.  Accordingly, the Clerk of Court shall issue the summons, and the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, attachments, and this Order upon Defendants.

**IT IS SO ORDERED.**

Dated: June 25, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge

United States District Court
Northern District of California

2