United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAVNIL KUMAR,
Plaintiff,
v.
COUNTY OF SANTA CLARA, et al.,
Defendants.

Case No.26-cv-01696-NC

**ORDER AUTHORIZING CORRECTION OF PARTY NAME, RENEWED SERVICE**

Re: Dkt. No. 23

Self-represented plaintiff Ravnil Kumar moves to "correct[] the defendant presently identified as HERE4YOU to BILL WILSON CENTER, operator of the Here4You Call Center." Dkt. No. 23 at 1. Kumar also requests renewed service on this defendant as well as defendant HomeFirst. *Id.* at 1–2.

Kumar argues that the Bill Wilson Center is the proper defendant because it is an existing legal entity and Here4You is simply the name of the program operated by that entity. *Id.* at 3. Kumar explains that "[t]he conduct, transactions, requested relief, and causes of action already pleaded against Here4You are not changed by this motion." *Id.* The Court thus interprets Kumar's motion as a request to correct the name of the existing party, rather than a motion to substitute an entirely new party. Under the circumstances presented, the Court finds such a request appropriate and will allow Kumar to file an amended complaint for the sole purpose of correcting the party's name.

The Court also concludes that renewed service is proper. The service process receipts filed on the docket indicate that service for all defendants was effected on the "County Clerk for Santa Clara County." Dkt. No. 15. Two of the three served defendants, however, are "not affiliated with the County" of Santa Clara. County of Santa Clara's Motion to Stay [Dkt. No. 18] at 4. Proper service therefore must be made at the separate addresses of these defendants through their identified registered agents.

Good cause being shown, the Court orders the following:

1. **No later than October 13, 2026**, Kumar shall file an amended complaint, correcting the name of the defendant Here4You to Bill Wilson Center.[1] **No other changes are authorized at this time.**
2. Upon the refiling of the complaint with the corrected party, the Clerk of the Court shall issue a new summons for defendants HomeFirst and the Bill Wilson Center—and the United States Marshal for the Northern District of California shall promptly serve this summons—using the following information:

   a. Bill Wilson Center
   Registered Agent: Josh Selo
   Address: 3490 The Alameda, Santa Clara, California 95050

   b. HomeFirst
   Registered Agent: René Ramirez
   Address: 3150 Almaden Expressway, Suite 147, San Jose, California 95118

3. The Motion to Stay hearing set for October 21, 2026 is continued to **December 9, 2026 at 11 a.m.** via Zoom videoconference.

**IT IS SO ORDERED.**

Dated: October 8, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge

[1] The Court notes that Kumar inconsistently refers to defendant HomeFirst as simply "HomeFirst" as well as "HomeFirst Services of Santa Clara County." Kumar may also amend his complaint to correct the name of this defendant if appropriate.